UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LIVE OAK MANAGEMENT CORPORATION<br><br>        Defendant. | CASE NO.   07cv131-L(AJB)<br><br>**ORDER TO SHOW CAUSE AND BRIEFING SCHEDULE** |

On November 9, 2007 the court ordered Defendant to file within a week an application for substitution of counsel, replacing Mr. Nazar Najor with an attorney who is an active member in good standing of the State Bar of California. To date a substitution of counsel has not been filed. Accordingly, Defendant **IS HEREBY ORDERED TO SHOW CAUSE** why its answer, filed October 19, 2007, should not be stricken and why a default judgment should not be entered.

Mr. Najor, who has been filing pleadings on behalf of Defendant, a corporation, is not an attorney. As explained in the November 9 order, corporations must be represented by counsel. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). In addition, pursuant to Civil Local Rule 83.3, "[o]nly a member of the bar of this court may enter appearances for a party," and only attorneys who are active members in good standing of the State Bar of California may become members of the bar of this court. *See also C.E. Pope Equity*

*Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).  Mr. Najor cannot make an appearance on behalf of Defendant because he is not an attorney.  In the November 9 order, the court informed Defendant that failure to timely file a substitution of counsel may result in a default judgment.  As Defendant continues to be unrepresented, Plaintiff filed a motion for default judgment.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. No later than **January 22, 2007**, Defendant shall file and serve a memorandum of points and authorities, together with supporting evidence, if any, in opposition to Plaintiff's motion for default judgment and show cause why its answer should not be stricken and a default judgment entered.

2. No later than **January 28, 2007**, Plaintiff shall file and serve a memorandum of points and authorities, together with supporting evidence, if any, in reply to Defendant's opposition.

3. Upon filing of the foregoing, the parties shall await further order of the court.  The hearing date currently set for February 25, 2008 at 10:30 a.m. is **VACATED**.

4. The court is mindful that the November 9, 2007 order instructed the Clerk not to accept any filings on behalf of Defendant, unless they are filed by an attorney pursuant to Defendant's approved substitution of counsel.  The November 9, 2007 order is **HEREBY CLARIFIED**.  The Clerk will accept filings from Mr. Najor to the extent they are related to substitution of or appearance by counsel, including but not limited to, any requests for extension of time to retain counsel.

5. The Clerk is instructed to remove Mr. Najor as the attorney of record for Defendant.

**IT IS SO ORDERED.**

DATED: December 6, 2007

_____
M. James Lorenz
United States District Court Judge

1  COPY TO:

2  Hon. Anthony J. Battaglia
   United States Magistrate Judge

3
   All parties/counsel
4
   Nazar Najor
5  37820 Old Highway 80
   P.O. Box 1241
6  Boulevard, CA 91905

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28